UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DOE and NANCY DOE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 1:24-cv-00337-KES-CDB (PC)<br><br>**ORDER ON STIPULATION STAYING ACTION AND ALL DATES PENDING ARBITRATION**<br><br>**ORDER REQUIRING PARTIES TO FILE A JOINT REPORT**<br><br>(Doc. 8) |

Pending before the Court is the parties' stipulated request to stay this matter until completion of private mediation, currently set for September 13, 2024. (Doc. 8). For the reasons set forth below, the Court finds good cause to stay this matter.

**Background**

Plaintiffs Jennifer Doe and Nancy Doe, state inmates proceeding through counsel, initiated this action with the filing of a complaint in the California Superior Court for the County of Madera on February 7, 2024. (Doc. 1 p. 2). On March 21, 2024, Defendants removed the case to this Court and requested screening pursuant to the Prison Litigation Reform Act. (Doc. 1).

On March 28, 2024, the Court granted Defendants' request for screening and extended Defendants' deadline to respond to the complaint to a date 21 says after the Court issues its

screening order. (Doc. 3). On April 18, 2024, the Court informed the parties that service for the unserved defendants would be ordered, if necessary, after issuance of its screening order. (Doc. 7).

Counsel for Plaintiffs as well as Defendants California Department of Corrections and Rehabilitation ("CDCR") and the State of California have conferred and agreed to participate in early alternative dispute resolution ("ADR"). (Doc. 8 ¶4). The parties currently expect to attend a private mediation session on September 13, 2024, and represent that a stay in this matter would allow the parties to focus their resources on the upcoming mediation, which would also conserve the Court's resources.

Based on the parties' stipulated representations and for good cause shown therein, IT IS HEREBY ORDERED that:

1. All case management dates and matters related thereto are hereby STAYED and the Court's screening of Plaintiffs' complaint shall be held in abeyance pending completion of the Parties' private mediation session, currently set for September 13, 2024.

2. The parties SHALL FILE a joint report informing the Court of the status of their mediation efforts by no later than **September 20, 2024**, including whether either party requests the Court complete its screening of Plaintiffs' complaint.

IT IS SO ORDERED.

Dated:   **June 13, 2024**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE